PS 42
(Rev 07/93)

# United States District Court

### Eastern District of Washington

| | | |
|---|---|---|
| **United States of America** | ) | FILED IN THE<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT OF WASHINGTON |
| vs | ) | SEP 2 3 2005 |
| | ) | JAMES R. LARSEN, CLERK<br>_____ DEPUTY<br>YAKIMA, WASHINGTON |
| **Alice Espinoza** | ) | Case No. 2:05CR02075-7 EFS |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Alice Espinoza, have discussed with James A. Moon, Pretrial Services/Probation Officer, modification of my release as follows:

Condition #9 pertaining to reporting to the U.S. pretrial services officer is modified from "daily by telephone and weekly in person unless otherwise directed" to "as directed by the U.S. pretrial services officer," deleting the daily telephone and weekly in person contact requirements, and leaving the reporting frequency to the discretion of the supervising U.S. pretrial services officer. The modification is recommended based upon:

The defendant has been on pretrial supervision since June 17, 2005, and she has complied with her release requirements. The strict reporting conditions were imposed at her initial appearance when she was released on her own recognizance without the benefit of a pretrial services report and additional information about her background. Based upon the information now known about the defendant and her adjustment, the modification is reasonable to continue to address the risk of flight and danger to the community.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  9-12-05   _____  9/12/05
Signature of Defendant    Date    Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  Date 9-13-05
Signature of Defense Counsel

_____  9-22-5
Signature of Assistant U.S. Attorney   Date

[✓]   The above modification of conditions of release is ordered, to be effective on 9/23/05

[ ]   The above modification of conditions of release is **not** ordered.

_____  9/23/05
Signature of Judicial Officer   Date