# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

**SCOTT M. MORSE, SR.**
CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

December 16, 2010

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 376-7467 / fax (509) 372-2590

REPLY TO  Yakima

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 17 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

The Honorable Edward F. Shea
U.S. District Judge
Federal Building
825 Jadwin Avenue, Suite 174
Richland, WA 99352

RE: ESPINOZA, Alice
Docket No: 2:05CR02075-007

**REQUEST FOR OUT OF COUNTRY TRAVEL**

Your Honor:

The purpose of this letter is to advise the Court of Ms. Espinoza's request to travel to Pino Suarez, Jalisco, Mexico for four days. She advised that her sister, Esmeralda Latrell and her aunt, Teresa Martinez would like to visit her father's burial site in Pino Suarez, Mexico. Ms. Espinoza plans to travel by airplane, leaving from Seattle to Puerto Vallarta, Mexico on February 24, 2011, and returning by the same mode of travel on February 28, 2011.

On August 22, 2006, Ms. Espinoza was found guilty on counts 1 and 21 of the superseding indictment, Conspiracy, in violation of 21 U.S.C. § 846 and Use of Communications Facility, in violation of 21 U.S.C. § 843(b). The defendant was sentenced to 30 months prison to be followed by 36 months of supervised release.

Since Ms. Espinoza's release, she has been residing in the Eastern District of Washington at _____ Washington with her grandparents and her son. Ms. Espinoza has been cooperative with her terms of supervision, and reports as instructed. The defendant is currently employed full time at _____ Yakima, Washington, and her employment has been stable. Ms. Espinoza has also satisfied her Court ordered special assessment.

ESPINOZA, Alice
December 16, 2010
Page 2

This officer respectfully recommends Ms. Espinoza's request to travel to Pino Suarez, Jalisco, Mexico be granted.

Respectfully submitted,

Scott M. Morse, Sr.
Chief U.S. Probation Officer

By: _____  12/16/10
    Jose Zepeda          Date
    U.S. Probation Officer

APPROVED BY:

_____ 12/17/10
Rebecca M. Nichols   Date
Supervising U.S. Probation Officer

---

**ORDER OF THE COURT:**

Approved ✓ _____   Disapproved _____

December 17, 2010           _____
Date                                   The Honorable Edward F. Shea
                                        U.S. District Judge