# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WASHINGTON
### PROBATION OFFICE

**SCOTT M. MORSE, SR.**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

October 26, 2011

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 376-7467 / fax (509) 372-2590

REPLY TO   Yakima

The Honorable Edward F. Shea
U.S. District Judge
Federal Building
825 Jadwin Avenue, Suite 174
Richland, WA 99352

RE: ESPINOZA, Alice
Docket No: 2:05CR02075-007

## REQUEST FOR OUT OF COUNTRY TRAVEL

Your Honor:

Ms. Espinoza is requesting travel to Jalisco, Mexico, to visit her father's burial site. Ms. Espinoza plans to travel by airplane leaving on February 15, 2012, and returning by the same mode of travel on February 21, 2012.

Ms. Espinoza was sentenced by Your Honor on August 22, 2006, to Conspiracy, in violation of 21 U.S.C. § 846 and Use of Communications Facility, in violation of 21 U.S.C. § 843(b). Ms. Espinoza received 30 months imprisonment with 36 months of supervised release to follow. Ms. Espinoza was released from custody on January 29, 2010, and began her term of supervised release.

Since that time, Ms. Espinoza has been in compliance with her supervision including fulfilling all Court ordered financial obligations. Ms. Espinoza is currently employed and has family ties in Washington State.

A similar request to travel to Mexico, was made to Your Honor and permission was granted in December 2010, however, due to a change in circumstance Ms. Espinoza did not travel to Mexico.

This officer respectfully recommends Ms. Espinoza's request to travel to Jalisco, Mexico, be granted.

Respectfully submitted,

Scott M. Morse, Sr.
Chief U.S. Probation Officer

By: s/Carrie A. Valencia     10/26/2011
Carrie A. Valencia     Date
U.S. Probation/Pretrial Services Officer Assistant

APPROVED BY:

s/Rebecca M. Nichols     10/26/2011
Rebecca M. Nichols     Date
Supervising U.S. Probation Officer

---

**ORDER OF THE COURT:**

Approved __XX__     Disapproved _____

**October 26, 2011**     **s/ Edward F. Shea**

**Date**     The Honorable Edward F. Shea
U.S. District Judge